# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

                v.                      Crim. No. 4:10-CR-105-2FL

**SARI YOUSEF**

    On September 12, 2014, the above named was released from prison, and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release, and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                  I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain                    /s/ Timothy L. Gupton
Michael C. Brittain                        Timothy L. Gupton
Supervising U.S. Probation Officer           U.S. Probation Officer
                                                   310 New Bern Avenue, Room 610
                                                   Raleigh, NC 27601-1441
                                                   Phone: 919-861-8686
                                                   Executed On: March 1, 2017

## ORDER OF COURT

    Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __2nd__ day of __March__, 2017.

_____
Louise W. Flanagan
U.S. District Judge